IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CIVIL ACTION NO. 0:17-cv-62284-WJZ

MITCHIL BECHET,

    Plaintiff,

v.

SANTANDER CONSUMER USA INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

**COMES NOW** defendant Santander Consumer USA Inc. ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Mitchil Bechet against Defendant in this matter.

Defendant, therefore, requests that this Honorable Court give the parties 60 days to file the necessary dismissal papers.

Respectfully submitted this 29th day of January, 2018.

    */s/ R. Frank Springfield*
    R. Frank Springfield (FL Bar No. 0010871)
    Courtney Oakes (FL Bar No. 106553)
    BURR & FORMAN LLP
    350 E. Las Olas Blvd., Suite 1420
    Fort Lauderdale, FL 33301
    Telephone:  (954) 414-6213
    Facsimile:  (954) 660-2567
    fspringfield@burr.com
    coakes@burr.com

    Attorneys for Defendant
    SANTANDER CONSUMER USA INC.

31099789 v1

2

## **CERTIFICATE OF SERVICE**

   I hereby certify that on January 29, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to the following:

Jordan A. Shaw
Kimberly A. Slaven
Zebersky Payne LLP
110 S.E. Street, Suite 2150
Ft. Lauderdale, FL  33301

          *s/ R. Frank Springfield*
          OF COUNSEL

31099789 v1