UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-62284-CIV-ZLOCH

MITCHIL BECHET,

    Plaintiff,

vs.                            **FINAL ORDER OF DISMISSAL**

SANTANDER CONSUMER USA, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation Of Dismissal (DE 8) filed herein by all Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Stipulation Of Dismissal (DE 8) filed herein by all Parties be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_12th\_\_\_ day of April, 2018.

                                                WILLIAM J. ZLOCH
                                              Sr. United States District Judge

Copies furnished:

All Counsel of Record